UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES MERCHANT MARINE
ACADEMY ALUMNI ASSOCIATION AND
FOUNDATION, INC,

       Plaintiff,

— against —

JAMES HELIS, et al.,

       Defendants.
----------------------------------------X

ORDER
13-CV-2570 (JFB)(AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 09 2013 ★

LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

For the reasons set forth in detail on the record on May 8, 2013, the motion for a preliminary injunction is denied. The Court reserves decision on the motion for an injunction pending appeal until May 10, 2013. IT IS FURTHER ORDERED that the parties participate in a telephone conference on May 10, 2013 at 3:30 p.m. At that time, counsel for plaintiff shall initiate the call, and, once all parties are on the line, shall contact Chambers at (631) 712-5670.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    May 9, 2013
            Central Islip, New York