IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES MERCHANT MARINE ACADEMY ALUMNI ASSOCIATION AND FOUNDATION, INC.<br><br>      Plaintiff,<br><br>- against -<br><br>JAMES HELIS, in his capacity as Superintendent, United States Merchant Marine Academy; UNITED STATES MERCHANT MARINE ACADEMY; DAVID T. MATSUDA, in his capacity as Administrator, United States Maritime Administration, RAY LAHOOD, in his capacity as Secretary, United States Department of Transportation,<br><br>      Defendants. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)<br><br>Case No.: **13-CV-2570** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, UNITED STATES MERCHANT MARINE ACADEMY ALUMNI ASSOCIATION AND FOUNDATION, INC. and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants, JAMES HELIS, in his capacity as Superintendent, United States Merchant Marine Academy; UNITED STATES MERCHANT MARINE ACADEMY; DAVID T. MATSUDA, in his capacity as Administrator, United States Maritime Administration, RAY LAHOOD, in his capacity as Secretary, United States Department of Transportation.

Date: May 13, 2013           SCHNEIDER MITOLA, LLP

                      By: _____
                         Dan M. Blumenthal, Esq. (DB-8050)
                         *Attorneys for Plaintiff*
                         666 Old Country Road, Suite 412
                         Garden City, New York 11530
                         (516) 393-5555